UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

**SHERRY LYN JONES,**

    **Plaintiff,**

v.                                                                  Civil Action No. 2:20-CV-43
                                                                  (KLEEH)

**HARDY STORAGE COMPANY, LLC and**
**COLUMBIA GAS TRANSMISSION, L.L.C.,**

    **Defendants.**

## ORDER OF DISMISSAL

Inasmuch as this Court has been advised that the parties have reached a settlement agreement on all matters in the above-styled action and that the settlement remains in process, it is ORDERED that this civil action be, and the same is hereby, DISMISSED WITH PREJUDICE and retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so ORDERED.

DATED: April 13, 2023

*Tom S Kleeh*
Thomas S. Kleeh
United States District Judge

Presented by:

/s/ James P. McHugh
Christopher D. Pence (WVSB # 9095)
James P. McHugh (WVSB # 6008)
Hardy Pence, PLLC
10 Hale Street, 4th Floor (25301)
P.O. Box 2548
Charleston, WV 25329
*Counsel for Plaintiff*

Philip D. Sever, Esq.
Tonny D. Storey, Esq.
Shiloh Daum, Esq.
SEVER STOREY
Suite 101
881 3rd Avenue, SW
Carmel, IN 46032
Phone:  (317) 961-1201
Fax:  (888) 318-3761
Phil@landownerattorneys.com
Tonny@landownerattorneys.com
*Counsel for Plaintiff*


/s/ Nicolle R. Snyder Bagnell
Nicolle R. Snyder Bagnell
WV ID 11081
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA  15222
(412) 288-7112/3877
(412) 288-3063 – fax
nbagnell@reedsmith.com
*Counsel for Defendants*